**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re GLOBAL CROSSING ERISA LITIGATION** | ) | **No. 02-cv-7453** |

**NOTICE OF MOTION TO MODIFY**
**COURT-APPROVED PLAN OF ALLOCATION**
**IN LIGHT OF SUPPLEMENTAL DISTRIBUTION OF SETTLEMENT FUNDS**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, at a time and date to be set by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Lead Counsel for ERISA Plaintiffs will, and hereby do, move the Court for entry of an Order Approving the Revised Plan of Allocation for Supplemental Distribution.

Submitted herewith in support of the Motion are:

(1) Memorandum in Support of Motion to Modify Court-Approved Plan of Allocation in Light of Supplemental Distribution of Settlement Funds.

(2) Declaration of Gary A. Gotto in Support of the Motion to Modify Court-Approved Plan of Allocation in Light of Supplemental Distribution of Settlement Funds.

Exhibit A: Order Approving Class Action Settlement

Exhibit B: Final Judgment

Exhibit C: Order Approving Plan of Allocation

Exhibit D: Letter

Exhibit E: Table of Proposed Supplemental Allocation

(3) [Proposed] Order Approving Supplemental Allocation.

Dated: this 11th day of December, 2023.

Respectfully Submitted By

/s/ Gary A. Gotto

Keller Rohrback, LLP
Lynn Lincoln Sarko
Gary A. Gotto
Ron Kilgard
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
206-623-1900 (Seattle)
602-248-0088 (Phoenix)
*Lead Counsel for ERISA Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Gary A. Gotto*