IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re GLOBAL CROSSING ERISA LITIGATION | ) ) ) ) ) ) ) ) ) ) | 02 Civ. 7453 (PAE) <br><br> Order Approving Modification of Plan of Allocation in Light of Supplemental Distribution of Settlement Funds |

This matter having come before the Court on motion and good cause appearing,

**IT IS ORDERED:**

Approving the modification of the existing plan of allocation in this matter (ECF No. 30, dated February 2, 2005; signed February 14, 2005), in light of the supplemental distribution of settlement funds as described in Lead Counsel's Memorandum in Support of Motion to Modify Court-Approved Plan of Allocation in Light of Supplemental Distribution of Settlement Funds, ECF No. 32, and the Declaration of Gary A. Gotto, ECF No. 31, as follows:

First, each ERISA Class member's "Incremental Share" (*i.e.*, the excess, if any, of what each ERISA Class member would have received under the original plan of allocation if the held-back funds had been available to distribute in 2004, over what that Class member actually received) is determined.

Second, the funds are allocated to the maximum number of Class members who can receive their Incremental Share under the following conditions: (A) the sum of (i) the Incremental Shares, plus (ii) the $18 cost to locate each potential recipient, plus (iii) the $10 cost of writing and mailing checks, does not exceed $178,457.76; and (B) no Class member will receive less than $10 after netting out the $10 per check cost.

Third, any minor modification to this supplemental plan of allocation is acceptable, without

prior approval of the Court, as long as the basic feature of the plan is retained, namely to distribute the supplemental funds roughly in proportion of Class members' losses, taking into account the costs of the distributons.

Fourth, Lead Counsel shall report to the Court when the supplemental distribution is completed.

SO ORDERED.

Dated: January 17, 2024
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge